UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:20-CV-00652 MOC-DSC

| | |
|---|---|
| JAMES D. CHAMPION,<br><br>      Plaintiff,<br><br>v.<br><br>MEDICAL DATA SYSTEMS, INC.<br>d/b/a MEDICAL REVENUE SERVICE.<br><br>      Defendant. | |

## NOTICE OF SETTLEMENT

NOW COME Plaintiff James D. Champion and Defendant MEDICAL DATA SYSTEMS, INC. d/b/a MEDICAL REVENUE SERVICE, by and through counsel, and inform the Court that these parties have reached a settlement of this matter and are in the process of finalizing and executing final settlement agreements. The parties anticipate the case will be dismissed as to this Defendant within thirty (30) days.

This the 5th day of March, 2021.

/s/ *Travis E. Collum*
Travis E. Collum
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
travis@collumperry.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2021, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent electronically to all counsel of record.

s/ *Travis E. Collum*
Travis E. Collum